FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN McCORMACK,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE AND JANE DOE,<br><br>        Defendants. | No. 2:25-CV-00239-MKD<br><br>ORDER DISMISSING CASE |

On July 17, 2025, the Court issued an Order directing Plaintiff to show cause within 14 days as to why the Court should not dismiss this case pursuant to Fed. R. Civ. P. 8. ECF No. 6 at 3. Plaintiff has not filed a response. It appears that Plaintiff has abandoned this case. The Court, having reviewed the record and being fully informed, dismisses the case with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED with prejudice.**

ORDER - 1

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide a copy to Plaintiff, and **CLOSE** the file.

DATED August 12, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2